UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AUSTIN BOROZNY,

    Plaintiff,

v.                                                 Case No: 2:18-cv-824-FtM-99MRM

UOMINI & KUDAI, LLC,

    Defendant.
_____/

### **ORDER**[1]

Before the Court is a Notice of Settlement. (Doc. 10). Plaintiff Austin Borozny filed the notice but listed the settling plaintiff as Cheri Honeywell. (Doc. 10). As far as the Court can tell, Honeywell is not a party to this action. The Court is then left to guess whether the notice was improperly filed in this case or if this is simply a scrivener's error. Thus, Borozny must file either an amended notice of settlement or a response to this Order clarifying the issue.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Plaintiff Austin Borozny must file either an amended notice of settlement or a response to this Order clarifying the issue identified above **on or before January 23, 2019**

**DONE** and **ORDERED** in Fort Myers, Florida this 22nd day of January 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record